AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island ▼

| | |
|---|---|
| The IUOE Local 57 et al. ) | |
| ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 1:23-cv-00107-WES-LDA |
| Cardi Corporation and ) | |
| Cardi Materials LLC ) | |
| ) | |
| ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cardi Materials LLC
400 Lincoln Avenue
Warwick, RI 02888

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ryan C. Hurley, Esq.
Kiernan, Plunkett & Redihan, LLP
146 Westminster Street, 5th Floor
Providence, RI 02903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: March 16, 2023                              /s/ Hanorah Tyer-Witek
                                                      Clerk of Court

Case 1:23-cv-00107-WES-LDA  Document 3-1  Filed 03/16/23  Page 2 of 2 PageID #: 18

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-00107-WES-LDA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Stephen Cardi, ESQ.**, who is designated by law to accept service of process on behalf of *(name of organization)* **Cardi Materials LLC** (Executive Assistant in Cardi Corp) on *(date)* **3-20-23** ; or

Note: (Accepting service is: Lauren Hoard

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **45.—** for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **3-20-23**
at /:04 PM

*Server's signature*

**John Lessard / Disinterested Party**
*Printed name and title*
(Constable #6075)

**62 Douglas St. Cranston, RI 02920**
*Server's address*

Additional information regarding attempted service, etc:

— Accepting Service:
 ~~Lauren Hoard~~ on behalf of Stephen A Cardi
 Lauren Hoard
 Exec Assistant (on 3-20-23 at /:04 PM)